May 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SWE HOMES, LP, Appellant

NO. 14-12-01116-CV                V.

WELLINGTON INSURANCE COMPANY, Appellee

_____

        This cause, an appeal from the judgment in favor of appellee, Wellington Insurance Company, signed November 14, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

        We further order that all costs incurred by reason of this appeal be paid by appellee, Wellington Insurance Company.

        We further order this decision certified below for observance.